FLN (Rev. 4/2004) Deficiency Order                                                                                       Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    vs                                      Case No. 5:05cr16/MCR/MD
                                                    5:07cv14/MCR/MD

KEVIN MATTHEW KNIGHT

## ORDER

**MOTION FOR APPOINTMENT OF COUNSEL AND LETTER DATED 5/8/07**, was referred to the undersigned with the following deficiencies:

    The document is not on 8½-inch x 11-inch paper as required by N.D. Fla. Loc. R. 5.1(B)(3).

    The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

XX    The document shall be posted in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

        The submitted hard copy of the document shall be returned by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

XX    **Other:** Defendant's motion for appointment of counsel is denied. There is no right to counsel in post-conviction proceedings, including habeas proceedings. *See Coleman v. Thompson*, 501 U.S. 722, 752, 111 S.Ct. 2546, 2566, 115 L.Ed.2d 640 (1991); *Pennsylvania v. Finley*, 481 U.S. 551, 554, 107 S.Ct. 1990, 1993, 95 L.Ed.2d 539 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 429 (9th Cir. 1993). Upon review of the record, the court does not find that appointment of counsel is warranted in this case.

DONE and ORDERED this 16th day of May, 2007.

                                                            /s/ *Miles Davis*
                                                             MILES DAVIS
                                                              UNITED STATES MAGISTRATE JUDGE